NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WYOMING SAWMILLS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5160

---

Appeal from the United States Court of Federal Claims in No. 07-CV-861, Judge Susan G. Braden.

---

**JUDGMENT**

---

JULIE A. WEIS, Haglund Kelley Horngren Jones & Wilder, LLP of Portland, Oregon, argued for plaintiff-appellant.

L. MISHA PREHEIM, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director. Of counsel on the brief was JOSHUA SCHNELL, Office of General Counsel, United States Department of Agriculture, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| April 20, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |